UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ZURAB DAKIEV,

             Petitioner,

    v.

CHRISTOPHER CHESTNUT, et al.,

             Respondents.

No.  1:26-cv-00593-JLT-SKO (HC)

**ORDER GRANTING RESPONDENT'S MOTION TO STRIKE AND PERMANENTLY SEAL DOCUMENTS**

**[Docs. 9, 8-1]**

Petitioner Zurab Dakiev is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On March 10, 2026, Respondents filed a motion to strike and permanently seal Docket No. 8-1. (Doc. 9.) Respondents state that the document contains various instances of unredacted information that is not in compliance with Fed. R. Civ. Proc. Rule 5.2(a). Respondents have filed a properly redacted document in its place. (Doc. 9-1.)

Good cause having been presented, and good cause appearing therefor, Respondent's motion is GRANTED. The Clerk of Court is directed to strike and permanently seal Docket No. 8-1.

IT IS SO ORDERED.

Dated:  __**March 11, 2026**__                    __/s/ *Sheila K. Oberto*__
                                            UNITED STATES MAGISTRATE JUDGE

1